**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **CASE NO:  1:21-CR-00209-DAD-BAM** |
| **DUWAYNE PAYTON,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:  Duwayne Payton (BP1393)

Detained at  California City Correctional Facility

Detainee is:  a.)  ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:  18 U.S.C. § 922(g)(1)

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings

or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance for defendant's arraignment  is necessary <u>Forthwith</u>  in the Eastern District of California.***

Signature:  */s/ CHRISTOPHER D. BAKER*

Printed Name & Phone No:  AUSA Christopher D. Baker (559-290-0530)

Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  9/17/2021          */s/ Sheila K. Oberto*

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒Male  ☐Female | |
| Booking or CDC #: | BP1393 | DOB: | Dec. 8, 1995 |
| Facility Address: | 22844 Virginia Ave., Ca. City, CA, 93505 | Race: | African Am. |
| Facility Phone: | (760) 246-7600 | FBI#: | 534208HD5 |

## RETURN OF SERVICE

Executed on:  _____          _____

(signature)